OPINION — AG — **** STATE COMPLIANCE WITH FEDERAL RELOCATION ACT **** URBAN RENEWAL AUTHORITIES, PUBLIC SCHOOL DISTRICTS, COUNTIES AND MUNICIPALITIES ARE ABLE TO COMPLY WITH FEDERAL LAW IN REGARD TO RELOCATION ASSISTANCE AND REAL PROPERTY ACQUISITION POLICIES. CITE: 63 O.S. 1971 1085-1099 [63-1085] — [63-1099], 63 O.S. 1971 1085 [63-1085], 63 O.S. 1971 1090 [63-1090], 63 O.S. 1971 1088 [63-1088], 27 O.S. 1971 13 [27-13], 27 O.S. 1971 14 [27-14] [27-14], 27 O.S. 1971 10 [27-10], 27 O.S. 1971 11 [27-11], 27 O.S. 1971 9-15 [27-9-15] (STEVEN MOORE)